**Opinion issued September 3, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-18-00874-CR

———————————

**JOE ERNEST ADAME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1107713**

---

## MEMORANDUM OPINION

Appellant is attempting to appeal from his conviction for the offense of aggravated assault with a deadly weapon. We dismiss this appeal.

In a criminal case, the notice of appeal must be filed within thirty days after sentence is imposed if no timely motion for new trial is filed. *See* TEX. R. APP. P.

26.2(a)(1). The clerk's record reveals that sentence was imposed on April 10, 2007 and no motion for new trial was filed. Accordingly, the deadline for filing the notice of appeal was thirty days after the sentence was imposed, or May 10, 2007. The notice of appeal was not filed until September 20, 2018. Because the notice of appeal was not timely filed, this Court lacks jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 209 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

We dismiss this appeal for lack of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.
Do not publish. TEX. R. APP. P. 47.2(b).